UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Eliseo Cruz Bautista,

    Petitioner,

    v.

Pamela Bondi, Attorney General;

Kristi Noem, Secretary, U.S. Department of Homeland Security;

Department of Homeland Security;

Todd M. Lyons, Acting Director of Immigration and Customs Enforcement,

David Easterwood, Acting Director, Saint Paul Field Office Immigration and Customs Enforcement;

and,

Kelly Leben, Sheriff of Burleigh County.

    Respondents.

**DECLARATION OF CAMERON GIEBINK IN SUPPORT OF ELISEO CRUZ BAUTISTA'S PETITION FOR WRIT OF HABEAS CORPUS**

I, Cameron Giebink, being first duly sworn upon oath, depose and state as follows:

1. I am an attorney licensed in Minnesota. My attorney's license number is 0402670. My place of business is Wilson Law Group, 3019 Minnehaha Avenue, Minneapolis, MN 55406. My direct phone number is 612-436-8183.

2. I am admitted to practice before the U.S. District Court of North Dakota. My admission is in good standing.

3. I am not subject to any pending disciplinary proceeding or any restriction on my capacity to practice law.

4. I attach as Exhibit A, my affidavit setting forth compliance with the requirements of Federal Rule of Civil Procedure 65(b)(1).

5. I attach as Exhibit B, a true and correct copy of Petitioner's pending DACA receipt (filed February 4, 2021).

6. I attach as Exhibit C, a true and correct copy of Petitioner's I-130 Receipt Notice (dated October 31, 2025).

7. I attach as Exhibit D, a true and correct copy of Petitioner's U-visa derivative denial notice (filed January 7, 2020)

8. I attach as Exhibit E, a true and correct copy of the relevant sections of H.R. Rep. No. 101-469 Part 1 (1996).

9. I attach as Exhibit F, a true and correct copy of Petitioner's Marriage Certificate.

10. I attach as Exhibit G, a true and correct copy of Immigration and Customs Enforcement Policy No: 11088.1 Implementation of Migrant Protection Protocols (February 12, 2019).

11. I attach as Exhibit H, a true and correct copy of the INS Memorandum of Detention Guidelines, Effective October 7, 1998, AILA Doc No. 98100791.

12. I attach as Exhibit I, a true and correct copy of Immigration and Customs Enforcement ERO 11301.1 Bond Management Handbook (August 19, 2014).

13. I attach as Exhibit J, a true and correct copy of Petitioner's Spouse's Birth Certificate.

14. I attach as Exhibit K, a true and correct copy of Petitioner's High School Diploma.

15. I attach as Exhibit L, a true and correct copy of Petitioner's College Transcripts.

16. I attach as Exhibit M, a true and correct copy of Petitioner's prior DACA denial notice (dated August 26, 2020).

17. I attach as Exhibit N, a true and correct copy of Petitioner's Executive Office of Immigration Review portal describing bond case history and second bond denial order (dated December 1, 2025).

18. I attach as Exhibit O, a true and correct copy of the article Kyle Cheney, *More than 220 judges have now rejected the Trump admin's mass detention policy*, Politico (Nov. 28, 2025), https://www.politico.com/news/2025/11/28/trump-detention-deportation-policy-00669861.

I hereby declare under penalty of perjury that everything in this declaration is true and correct.

 /s/ Cameron Giebink                                  December 10, 2025
Cameron Giebink, Esq.                                 Date
MN Attorney #0402670
Wilson Law Group
3019 Minnehaha Avenue
Minneapolis, MN 55406
Phone: (612) 436-7100
Email: cgiebink@wilsonlg.com