LICENSE IS VOID IF CEREMONY IS NOT PERFORMED WITHIN 32 DAYS OF ISSUANCE

# Marriage License

State of Utah            County of Utah

LIC No. 349339

EXHIBIT F

To any person legally authorized to perform marriage, you are hereby authorized to join in matrimony

**AMY LYNN CARRIZALES**, born in North Dakota, United States

and currently residing in Gackle, North Dakota, United States of America

of the age of 52 years, and

**ELISEO CRUZ BAUTISTA**, born in Oaxaca, Mexico

and currently residing in Bismarck, North Dakota, United States of America

of the age of 35 years.

STATE OF UTAH }
COUNTY OF UTAH } ss

Witness my hand and official seal here to affixed at my office in Provo, Utah this 2nd day of October 2025

_____ COUNTY CLERK

## Certificate of Marriage

I hereby certify that on the 3rd day of October in the year of two thousand twenty five in the city of Eagle Mountain in said county of Utah, I, the undersigned, a Utah County Designee did join in matrimony according to the laws of the State of Utah **AMY LYNN CARRIZALES** and **ELISEO CRUZ BAUTISTA**. The nature of the ceremony was according to Utah Law and was a present mutual agreement of marriage between parties.

*Amy Carrizales*
Signature of Spouse 1

*Eliseo Cruz Bautista*
Signature of Spouse 2

Sherine El Hashemi
Name of Witness 1

Christian De Roia
Name of Witness 2

*Barbara Upah*
Signature of Officiant

Barbara Upah
Printed Name of Officiant

Utah County Designee
Officiant Title

4072 Sioux St
Eagle Mountain, Utah 84005
United States of America
801-830038?
Officiant Address & Phone Number

**THIS IS AN OFFICIAL CERTIFICATE OF MARRIAGE**

TO ANY GOVERNMENT OR PRIVATE AGENCY REQUESTING THIS RECORD: The signed statement on the back of this document and embossed seal of the Utah County Clerk ensures that this Certificate of Marriage was duly issued and executed by one holding the proper legal authority and this marriage is officially recognized under the laws of the State of Utah and the United States of America.

Time/Date stamp of record submission: Sat Oct 04 2025 00:32:38 GMT+0000 (Coordinated Universal Time)

Utah County
HEART of UTAH