CERTIFICATION OF VITAL RECORD

**EXHIBIT J**

# North Dakota Department of Health

Bismarck, North Dakota

## Certification of Birth

THIS IS TO CERTIFY THAT THERE IS ON RECORD IN THE DIVISION OF VITAL RECORDS, NORTH DAKOTA DEPARTMENT OF HEALTH, BISMARCK ND, THE FOLLOWING ENTRY OF BIRTH:

| | |
|---|---|
| NAME: | AMY LYNN DOCKTER |
| BIRTH PLACE: | JAMESTOWN, NORTH DAKOTA |
| DATE OF BIRTH: | ███████ |
| SEX: | FEMALE |
| FATHER'S NAME: | KENNETH DOCKTER |
| MOTHER'S MAIDEN NAME: | ROSALYN STROH |
| FILING DATE: | JULY 25, 1973 |
| CERTIFICATE NUMBER: | 133-73-005861 |
| DATE ISSUED: | JUNE 04, 2010 |

000546716

*W. D. Uleschke*

Darin J. Meschke
State Registrar of Vital Statistics

This certificate is issued in compliance with the laws of the State of North Dakota
(NOT VALID without raised impression seal of the North Dakota Department of Health)

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**EXHIBIT J**