**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

**EXHIBIT M**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Rejection Notice | August 26, 2020 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-821D, Consideration of Deferred Action for Childhood Arrivals | A204352759 |

| RECEIPT NUMBER | RECEIVED DATE | DATE OF BIRTH | PAGE |
|---|---|---|---|
| IOE0909528023 | August 17, 2020 | April 13, 1990 | 1 of 1 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

ELISEO CRUZ BAUTISTA
C/O JULIE M. CARLSON ZIMMER LAW GROUP
155 WABASHA STREET S STE 100
SAINT PAUL, MN 55107

This is in reference to the I-821D, Consideration of Deferred Action for Childhood Arrivals, you submitted. Your I-821D, fees, and any supporting documentation is being returned to you for the following reason(s):

USCIS is no longer accepting initial requests for Consideration of Deferred Action for Childhood Arrivals (Form I-821D) and accompanying applications for Employment Authorization (Form I-765) and Form I-765 Worksheets (I-765WS) from individuals who have never before been granted deferred action under DACA.

If you submitted a G-1450 Authorization for Credit Card Transaction, your submitted G-1450 has been destroyed.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

| USCIS OFFICE ADDRESS | USCIS CONTACT CENTER NUMBER |
|---|---|
| USCIS<br>P. O. Box 660045<br>Dallas, TX 75266-0045 | (800)375-5283<br>ATTORNEY COPY<br> |

TRN# 2020135576780   BIN# 2901281

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 04/01/19

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.