EXHIBIT N







UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
FORT SNELLING IMMIGRATION COURT

Respondent Name:

    CRUZ BAUTISTA, ELISEO

To:

    Salazar, Cindy
    290 Armistice Blvd
    Pawtucket, RI 02861

A-Number:
204-352-759
Riders:
In Custody Redetermination Proceedings

Date:
12/01/2025

☐ Unable to forward - no address provided.

☑ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

    Board of Immigration Appeals
    Office of the Clerk
    P.O. Box 8530
    Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

    Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☐ Other:

Date:

Immigration Judge: Kalin Ivany 12/01/2025

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : CRUZ BAUTISTA, ELISEO | A-Number : 204-352-759
Riders:
Date: 12/01/2025 By: Reindl, James, Court Staff



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**FORT SNELLING IMMIGRATION COURT**

Respondent Name:

    CRUZ BAUTISTA, ELISEO

To:

    Salazar, Cindy
    290 Armistice Blvd
    Pawtucket, RI 02861

A-Number:
204-352-759
Riders:
In Custody Redetermination Proceedings

Date:
12/01/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Respondent filed a barebones motion for bond asserting changed circumstances. This Court previously denied bond on October 2, 2025, and no appeal of that decision was filed. "After an initial bond redetermination, an alien's request for a subsequent bond redetermination shall be made in writing and shall be considered only upon a showing that the alien's circumstances have changed materially since the prior bond redetermination." 8 C.F.R. Section 1003.19(e). No such showing has been articulated or established in this bond request. Therefore, the request for a subsequent bond consideration is denied.

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

Immigration Judge: Kalin Ivany 12/01/2025

Appeal:   Department of Homeland Security:   ☐ waived   ☐ reserved
          Respondent:                         ☐ waived   ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : CRUZ BAUTISTA, ELISEO | A-Number : 204-352-759

Riders:

Date: 12/01/2025 By: Reindl, James, Court Staff