UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eliseo Cruz Bautista,<br><br>        Petitioner,<br><br>v.<br><br>Pamela Bondi, Attorney General,<br><br>Kristi Noem, Secretary, U.S. Department of Homeland Security,<br><br>Department of Homeland Security,<br><br>Todd M. Lyons, Acting Director of Immigrant and Customs Enforcement,<br><br>Immigration and Customs Enforcement,<br><br>David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,<br><br>and,<br><br>Kelly Leben, Sheriff of Burleigh County,<br><br>        Respondents. | Case No. 1:25-cv-00280<br><br>**DECLARATION OF<br>MICHELLE M. ERDMANN** |

    1.    I am a Paralegal Specialist for the United States Attorney's Office – District of North Dakota, Fargo, North Dakota and I am assigned to provide litigation support in the matter of *Cruz Bautista v. Bondi*, Case 1:25-cv-00280, pending in the District of North Dakota.

2. In my capacity as Paralegal Specialist, I have access to the US Attorney's Office files related to the *Cruz Bautista* matter and am familiar with developments in the litigation of the case.

3. Attached as Exhibit A is a true and correct copy of a letter that Assistant United States Attorney Tara Vavrosky Iversen sent to the Court on December 12, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2025

*/s/ Michelle Erdmann*
_____
MICHELLE M. ERDMANN,
Paralegal Specialist
Office of the United States Attorney

2