

**U.S. Department of Justice**

*Nicholas W. Chase*
*United States Attorney*
*District of North Dakota*

---

*Quentin N. Burdick United States Courthouse*   701-297-7400
*655 First Avenue North - Suite 250*            FAX:       701-297-7435
*Fargo, ND  58102-4932*                         TOLL FREE: 888-716-7395

December 12, 2025

The Honorable Daniel L. Hovland
United States District Judge            via email: ndd_J-Hovland@ndd.uscourts.gov
District of North Dakota
220 East Rosser Avenue, Suite 161
Bismarck, ND 58502

Re:    Cruz Bautista v. Bondi, et al.
       Case No. 1:25-cv-00280-DLH-CRH

Dear Judge Hovland:

Petitioner Eliseo Cruz Bautista is currently detained at the Burleigh-Morton Detention Center. The Federal Respondents in this action hereby notify the Court that they will not move Cruz Bautista outside of the Districts of North Dakota or Minnesota pending this matter's resolution, unless in a case of exigent circumstances such as a bed space or medical issue. In that instance, counsel for Federal Respondents will endeavor to notify the Court and Petitioner's counsel 72 hours in advance of the move.

                                        Respectfully submitted,

                                        NICHOLAS W. CHASE
                                        United States Attorney

                                By:     _____
                                        TARA VAVROSKY IVERSEN
                                        Assistant United States Attorney

cc:  Cameron Giebink, Esq., (via email: cgiebink@wilsonlg.com)

Exhibit A