IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eliseo Cruz Bautista,<br><br>        Petitioner,<br><br>v.<br><br>Pamela Bondi, Attorney General,<br><br>Kristi Noem, Secretary, U.S. Department of Homeland Security,<br><br>Department of Homeland Security,<br><br>Todd M. Lyons, Acting Director of Immigrant and Customs Enforcement,<br><br>Immigration and Customs Enforcement,<br><br>David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,<br><br>and,<br><br>Kelly Leben, Sheriff of Burleigh County,<br><br>        Respondents. | Case No. 1:25-cv-00280<br><br>**DECLARATION OF<br>JAMES L. VAN DER VAART** |

James L. Van Der Vaart, Deportation Officer, United States Immigration and Customs Enforcement ("ICE"), Department of Homeland Security, for his declaration under 28 U. S. C. § 1746 hereby states as follows:

    1.    The following declaration is based on a review of the Petitioner Eliseo Cruz

Bautista's (Petitioner or Cruz Bautista) alien file.

2. I am and have been employed with Immigration and Customs Enforcement (ICE) since April 1, 2007. I began my career as an Immigration Enforcement Agent. On September 20, 2015, I was promoted to Deportation Officer.

3. As a Deportation Officer, my assigned duties are to identify, locate, and arrest aliens illegally present in the United States. Additionally, I am charged with the responsibility of overseeing the cases of aliens in removal proceedings. These duties include the review of alien files for sufficiency, the detention and release of aliens in ICE custody, monitoring the progress of cases through the hearing process, and enforcement of the immigration court's decision, including the execution of removal orders. I am also responsible for presenting criminal immigration cases to the United States Attorney's Office for possible criminal prosecution.

4. On October 9, 2012, Cruz Bautista, applied for an I-821D, Deferred Action for Childhood Arrivals and an I-765, Employment Authorization. United States citizenship and Immigration Services (USCIS) issued Cruz Bautista an Alien Registration Number. Attached hereto at Exhibit A is a true and correct copy of Form I-213, Cruz Bautista's Record of Deportable/Inadmissible Alien, with personal identifiable information redacted.

5. On January 14, 2014, USCIS denied Cruz Bautista's I-821D and I-765 applications. *See* Exhibit A, Form I-213.

6. On September 8, 2015, Cruz Bautista applied for an I-192, Application for

Advance Permission to Enter as a Non-Immigrant; an I-918A, Petition for U Visa; and an I-765, Employment Authorization. *See* Exhibit A, Form I-213.

7. On January 22, 2020, USCIS denied Cruz Bautista's I-192, I-918A, and I-765 applications. *See* Exhibit A, Form I-213.

8. On January 9, 2021, Cruz Bautista applied for an I-821D, Deferred Action for Childhood Arrivals and an I-765, Employment Authorization. These applications are still pending. *See* Exhibit A, Form I-213.

9. On September 2, 2025, Immigration and Customs Enforcement (ICE) officers encountered and arrested Cruz Bautista. *See* Exhibit A, Form I-213.

10. On November 21, 2025, an immigration judge (IJ) denied all relief and ordered Cruz Bautista removed to Mexico. Cruz Bautista reserved appeal, which is due by December 22, 2025. As of December 11, 2025, there is no record of an appeal filed with the Board of Immigration Appeals (BIA). Attached hereto as Exhibit B is a true and correct copy of the removal order issued on November 11, 2025 with personal identifiable information redacted.

11. Cruz Bautista has requested a custody redeterminaton before an Immigration Judge three times, most recently on December 11, 2025, and each time it was held that the Immigration Court lacks authority to consider him for release on bond under *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025). Attached hereto as Exhibit C are true and correct copies of the Orders issued by the Immigration Judge in Cruz Bautista's three custody redetermination proceedings held on October 20,

December 1, and December 11, 2025, with personal identifiable information redacted.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JAMES L VAN DER VAART
Digitally signed by JAMES L VAN DER VAART
Date: 2025.12.12 12:50:56 -06'00'

James L. Van Der Vaart, Deportation Officer
U.S. Immigration and Customs Enforcement

4