| U.S. Department of Homeland Security | Subject ID : ███967 | | | Record of Deportable/Inadmissible Alien | | | |
|---|---|---|---|---|---|---|---|
| Family Name (CAPS) CRUZ BAUTISTA, ELISEO | First | | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn LBR |
| Country of Citizenship MEXICO | Passport Number and Country of Issue | | File Number SPM2509000009███759 | Height 65 | Weight 155 | Occupation DRY WALL | |
| U.S. Address 905 N 6TH ST BISMARCK, NORTH DAKOTA, 58501, | | | | Scars and Marks See Narrative | | | |
| Date, Place, Time, and Manner of Last Entry 02/27/2006 Unknown Time, UNK, WI-Without Inspection | | Passenger Boarded at | | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence UNKNOWN SAN ANTONINO MONTE VERD, OAXACA, MEXICO | | | | Method of Location/Apprehension NCA | | | |
| Date of Birth ██/1990  Age: 35 | Date of Action 09/02/2025 | Location Code SPM/SPM | | At/Near See I-831 | Date/Hour 09/02/2025 10:29 | | |
| City, Province (State) and Country of Birth SAN ANTONINO MONTE VERD, OAXACA, MEXICO | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | | By W 4820 MATSCH | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | | Status at Entry | Status When Found | | |
| Date Visa Issued | Social Security Number | | | Length of Time Illegally in U.S. | | | |
| Immigration Record NEGATIVE | Criminal Record | | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | | Number and Nationality of Minor Children None | | | |
| Father's Name, Nationality, and Address, if Known CRUZ, TOMAS NATIONALITY: MEXICO ADDRESS: UNKNOWNMEXICO | | Mother's Present and Maiden Names, Nationality, and Address, if Known BAUTISTA, MARIA NATIONALITY: MEXICO ADDRESS: 905 N 6TH ST BISMARCK, NORTH DAKOTA, 58501, UNITED STATES | | | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative | | | |
| Name and Address of (Last)(Current) U.S. Employer See Narrative | | Type of Employment See Narrative | Salary Hr | Employed from/to 09/02/2025 | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ███447         Left Index fingerprint         Right Index fingerprint

SCARS MARKS AND TATTOOS
-----------------------
None Indicated - NONE INDICATED

Subject Health Status
---------------------
The subject claims good health.

Current Criminal Charges ...(CONTINUED ON I-831)

Alien has been advised of communication privileges    ____de/25____ (Date/Initials)    ____W 4820 MATSCH DO____ (Signature and Title of Immigration Officer)

| Distribution: FILE | Received: (Subject and Documents) (Report of Interview) |
| --- | --- |
| | Officer: W 4820 MATSCH |
| | on: September 2, 2025 _____(time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: OLSON, K3907 |

Form I-213 (Rev. 08/01/07)

Exhibit A

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>CRUZ BAUTISTA, ELISEO | File Number<br>▓▓▓▓ 759<br>Event No: SPM2509000009 | Date<br>09/02/2025 |

```
---------------------------
09/02/2025 - 8 USC 1182 - ALIEN INADMISSIBILITY UNDER SECTION 212

Current Administrative Charges
------------------------------
09/02/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

Previous Criminal History
-------------------------
Subject has no criminal history

RECORDS CHECKED
---------------
CIS Pos
CLAIM Pos
NCIC Neg
EARM Neg
IAFIS Neg
TECS Neg


NAME AND ADDRESS OF US EMPLOYER
-------------------------------
 SELF, 905 N 6TH ST BISMARCK, NORTH DAKOTA, 58501, UNITED STATES

TYPE OF EMPLOYMENT
------------------
Operators, Fabricators, and Laborers

AT/NEAR
-------
BISMARCK, ND

Record of Deportable/Excludable Alien:
--------------------------------------
METHOD OF APPREHENSION:
On September 2, 2025, CRUZ Bautista, Eliseo was encountered by ICE ERO SPM Field Operations
Team while conducting at large operations at 905 N 6th St, Bismarck, ND where the target
BAUTISTA Cruz, Maria was residing. At approximately 0630 officers observed an unidentified
person enter the driver's seat of a black Subaru Crosstrek (ND-646EJU) which is registered
to the target. Officers observed the vehicle leave the residence and drive W on E Ave E.
Officers conducted a vehicle stop at N Third St and E Ave E. Officers approached the
vehicle and observed that the driver was not BAUTISTA Cruz, Maria. After a brief field
interview to confirm identity, officers identified the driver as CRUZ Bautista, Eliseo, the
son of the target. CRUZ admitted to unlawful entry into the United States and to have no
legal documents. CRUZ was taken into ICE custody without incident.

ALIENAGE AND REMOVABILITY:
CRUZ Bautista, Eliseo is a citizen and national of Mexico. CRUZ makes no claim to US
citizenship or current lawful immigration status. CRUZ is amenable to removal from the
United States under Section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
```

| Signature<br>W 4820 MATSCH | Title<br>DO |
|---|---|

2 of 4 Pages

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>CRUZ BAUTISTA, ELISEO | File Number<br>▮▮▮ 759<br>Event No: SPM2509000009 | Date<br>09/02/2025 |

CRUZ claims to have entered the United States on or about February 27, 2006, at or near an unknown location that was not designated as a port of entry and to have not been inspected and subsequently admitted or paroled by an Immigration Officer. Queries in DHS databases return no record of CRUZ ever applying for admission or making lawful entry into the United States.

On October 9, 2012, CRUZ applied for an I-821D, Deferred Action for Childhood Arrivals and an I-765, Employment Authorization.

On January 14, 2014, CRUZ's I-821D and I-765 applications were denied.

On September 8, 2015, CRUZ applied for an I-192, Application for Advance Permission to Enter as a Non-Immigrant, an I-918A, Petition for U Visa and an I-765, Employment Authorization.

On January 22, 2020, CRUZ's applications were denied.

On January 9, 2021, CRUZ applied for an I-821D, Deferred Action for Childhood Arrivals and an I-765, Employment Authorization. Applications are still pending.

On February 4, 2021, VAWA was denied.

CRIMINAL HISTORY:
CRUZ has no prior criminal history.

HEALTH AND HUMANITARIAN:
CRUZ claims and appears to be in good health and to take no medication.

FAMILY:
CRUZ claims to be not married and to have no children.

DOCUMENTS:
CRUZ had a Mexican passport and a Nevada Driver License. All documents are retained in his A file.

INTEL/GANG AFFILIATION/EMPLOYMENT:
CRUZ claims no gang affiliation. CRUZ states he has been employed as a laborer. DHS records indicate that CRUZ does not have work authorization.

MILITARY SERVICE:
CRUZ claims to have never served in the US Military or any foreign military and to have no military training.

CRUZ claims to have no immediate family members with current or prior US Military service.

APPLICATIONS/PETITIONS:
CRUZ claims pending applications. Queries in DHS databases show CRUZ does have pending applications.

FEAR:
CRUZ claims fear of harm or persecution if returned to Mexico.

CONSULAR NOTIFICATION:
Officers advised CRUZ of his right to speak to a consular officer from his country of citizenship.

PHONE CALL:
CRUZ made a free domestic phone call during processing.

| Signature<br>W 4820 MATSCH | Title<br>DO |
|---|---|

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security | Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| CRUZ BAUTISTA, ELISEO | 759<br>Event No: SPM2509000009 | 09/02/2025 |

MONEY:
CRUZ possessed with $23.00 in cash at the time of arrest. The money was returned to CRUZ during ICE booking.

Officers provided CRUZ a list of Free Legal Service Providers, the Online Detainee Locator System Privacy Notice, National Detainee Handbook, and Sexual Assault Awareness brochure.

Other Identifying Numbers
--------------------------
ALIEN-759

Signature
W 4820 MATSCH

Title
DO

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)