

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**FORT SNELLING IMMIGRATION COURT**

Respondent Name:

    CRUZ BAUTISTA, ELISEO

To:

    Salazar, Cindy
    290 Armistice Blvd
    Pawtucket, RI 02861

A-Number:

    ███-759

Riders:

In Custody Redetermination Proceedings

Date:
10/02/2025

☐ Unable to forward - no address provided.

☑ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

    Board of Immigration Appeals
    Office of the Clerk
    P.O. Box 8530
    Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

    Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☐ Other:

Exhibit C

Date:

*[signature]*

Immigration Judge: Kalin Ivany 10/02/2025

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : CRUZ BAUTISTA, ELISEO | A-Number ███████-759
Riders:
Date: 10/02/2025 By: Reindl, James, Court Staff



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
FORT SNELLING IMMIGRATION COURT

Respondent Name:
   CRUZ BAUTISTA, ELISEO

To:
   Salazar, Cindy
   290 Armistice Blvd
   Pawtucket, RI 02861

A-Number:
███-759

Riders:
In Custody Redetermination Proceedings

Date:
10/02/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑   Denied, because
Respondent is properly categorized as an applicant for admission, and the Court does not have authority to release Respondent under INA Section 235(b)(2). Respondent entered the United States without permission in 2006. Respondent provided no evidence of being admitted into any lawful status. Therefore, the Court lacks authority to consider Respondent for release on bond. Matter of Yajure Hurtado, 29 I&N Dec. 216 (BIA 2025).

This constitutes the entirety of the Court's bond analysis and order, and no further bond memorandum will be prepared.

☐   Granted. It is ordered that Respondent be:
   ☐   released from custody on his own recognizance.
   ☐   released from custody under bond of $
   ☐   other:

☐   Other:

Immigration Judge: Kalin Ivany 10/02/2025

| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
|---|---|---|---|
| | Respondent: | ☐ waived | ☑ reserved |

Appeal Due: 11/03/2025

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : CRUZ BAUTISTA, ELISEO | A-Number : ███-759

Riders:

Date: 10/02/2025  By: Reindl, James, Court Staff



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**FORT SNELLING IMMIGRATION COURT**

Respondent Name:

    CRUZ BAUTISTA, ELISEO

To:

    Salazar, Cindy
    290 Armistice Blvd
    Pawtucket, RI 02861

A-Number:

    ███-759

Riders:

In Custody Redetermination Proceedings

Date:
12/01/2025

☐ Unable to forward - no address provided.

☑ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

    Board of Immigration Appeals
    Office of the Clerk
    P.O. Box 8530
    Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

    Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☐ Other:

Date:

Immigration Judge: Kalin Ivany 12/01/2025

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : CRUZ BAUTISTA, ELISEO | A-Number       -759
Riders:
Date: 12/01/2025 By: Reindl, James, Court Staff



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
FORT SNELLING IMMIGRATION COURT

Respondent Name:
   CRUZ BAUTISTA, ELISEO

To:

Salazar, Cindy
290 Armistice Blvd
Pawtucket, RI 02861

A-Number:
███-759

Riders:
In Custody Redetermination Proceedings

Date:
12/01/2025

### ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

   ☑   Denied, because
Respondent filed a barebones motion for bond asserting changed circumstances. This Court previously denied bond on October 2, 2025, and no appeal of that decision was filed. "After an initial bond redetermination, an alien's request for a subsequent bond redetermination shall be made in writing and shall be considered only upon a showing that the alien's circumstances have changed materially since the prior bond redetermination." 8 C.F.R. Section 1003.19(e). No such showing has been articulated or established in this bond request. Therefore, the request for a subsequent bond consideration is denied.

   ☐   Granted. It is ordered that Respondent be:
      ☐   released from custody on his own recognizance.
      ☐   released from custody under bond of $
      ☐   other:

   ☐   Other:

*[signature]*

Immigration Judge: Kalin Ivany 12/01/2025

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☐ | waived | ☐ | reserved |
| | Respondent: | ☐ | waived | ☐ | reserved |

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : CRUZ BAUTISTA, ELISEO | A-Number : ███-759

Riders:

Date: 12/01/2025 By: Reindl, James, Court Staff



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**FORT SNELLING IMMIGRATION COURT**

Respondent Name:

    CRUZ BAUTISTA, ELISEO

To:

    Salazar, Cindy
    290 Armistice Blvd
    Pawtucket, RI 02861

A-Number:

    ███-759

Riders:

In Custody Redetermination Proceedings

Date:
12/11/2025

☐ Unable to forward - no address provided.

☑ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

    Board of Immigration Appeals
    Office of the Clerk
    P.O. Box 8530
    Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

    Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☐ Other:

Date:

Immigration Judge: Kalin Ivany 12/11/2025

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : CRUZ BAUTISTA, ELISEO | A-Number : ███-759
Riders:
Date: 12/11/2025 By: Megan G., Court Staff



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
FORT SNELLING IMMIGRATION COURT

Respondent Name:

    CRUZ BAUTISTA, ELISEO

To:

    Salazar, Cindy
    290 Armistice Blvd
    Pawtucket, RI 02861

A-Number:

▓▓▓-759

Riders:

In Custody Redetermination Proceedings

Date:
12/11/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☒    Denied, because

Respondent entered the United States without being inspected and admitted or paroled in approximately 2006. Respondent was charged with inadmissibility pursuant to INA Sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I). Respondent acknowledged that he entered without permission.

On September 5, 2025, the Board of Immigration Appeals (Board) issued Matter of Yajure Hurtado, 29 I&N Dec. 216 (BIA 2025), which found as a matter of law that all aliens present in the United States without admission are subject to detention under INA § 235(b). Therefore, the Immigration Courts have no authority to issue bond for aliens present in the United States without admission.

On November 20, 2025, the United States District Court for the Central District of California granted partial summary judgment in Lazaro Maldonado Bautista et al. v. Ernesto Santacruz Jr. et. al., 5:cv-01873, finding that the Department of Homeland Security's (DHS's) interpretation of INA § 235(b) to be unlawful as to the named plaintiffs. The federal court denied the plaintiffs' request for a final judgment. On November 25, 2025, the federal court granted class certification in Bautista to include: "All noncitizens of the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under [INA § 236(c)] or [§ 241] at the time the Department of Homeland Security makes and initial custody determination."

In the order certifying the class, the federal court additionally stated "[w]hen

considering this determination with the MSJ Order, the Court extends the same declaratory relief granted to Petitioners to the Bond Eligible Class as a whole."

The question in this case is whether this Court remains bound by Matter of Yajure Hurtado or whether the order for partial summary judgment entered by the federal court invalidates that decision.

It is clear from the terms of the class certification that the order for partial summary judgment applies to all class members. However, where this order is not a final judgment, the order does not yet have binding effect and may be revisited or revised by the court at any time. Fed. R. Civ. P. 54(b) ("any order or other decision [that is not a final judgment], however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.").

Accordingly, the Court finds that Matter of Yajure Hurtado remains in effect, and this Court does not have authority to grant Respondent's request for release on bond.

Even if the Court had the authority to grant Respondent's release on bond, the Court would deny that request for flight risk. Respondent's requests for relief were denied, and he was ordered removed. While Respondent remains within his appeal period, the removal order is a significant factor indicating that Respondent presents a serious flight risk if released on bond at this time. Therefore, the Court would alternately deny bond. Matter of R-A-V-P-, 27 I&N Dec. 803 (BIA 2020).

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

Immigration Judge: Kalin Ivany 12/11/2025

Appeal:   Department of Homeland Security:  ☑ waived   ☐ reserved
          Respondent:                        ☐ waived   ☑ reserved
Appeal Due: 01/12/2026

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : CRUZ BAUTISTA, ELISEO | A-Number : ███-759
Riders:
Date: 12/11/2025 By: Megan G., Court Staff